UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:18CR01018 JAR |
| | ) | Case No. 4:18CR01029 JAR |
| GHUFRAN JABER, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the Order and Recommendations of United States Magistrate Judge John M. Bodenhausen. (ECF Nos. 90, 64)[1] On May 29, 2019, Defendant Jaber filed a Motion to Consolidate Cases (ECF Nos. 63, 40). The government does not oppose consolidation. An evidentiary hearing was held on June 26, 2019. Magistrate Judge Bodenhausen recommends the Court grant Defendant's Motion to Consolidate Cases.

Pursuant to 28 U.S.C. § 636(b), these matters were referred to United States Magistrate Judge John M. Bodenhausen, who filed Order and Recommendations on June 26, 2019 (ECF Nos. 90, 64). Neither party has filed objections or otherwise responded to the Order and Report and Recommendation. After de novo review of this matter, this Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Order and Recommendations of the United States Magistrate Judge [90, 64] are **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

---

[1] The first docket number listed refers to the entry in Case No. 4:18CR01018 JAR and the second number refers to the corresponding entry in Case No. 4:18CR01029 JAR.

**IT IS FURTHER ORDERED** that the Motions to Consolidate Cases [63, 40] are **GRANTED**, and proceedings in both cases shall take place simultaneously.

Dated this 16th day of July, 2019.

*John A. Ross*
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE